UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Leroy Fleming,

              Plaintiff(s),                  CIVIL ACTION NO. 04-74081

        v.                        DISTRICT JUDGE NANCY G. EDMUNDS

City of Detroit, et al              MAGISTRATE JUDGE VIRGINIA M. MORGAN

              Defendant(s).

_____/

### ORDER TO PROVIDE CORRECT ADDRESS FOR DEFENDANT(S)

      The above referenced action was referred to Magistrate Judge Virginia M. Morgan for all pretrial proceedings.  Upon review of the record the court notes that service of the complaint was returned unexecuted as undeliverable as to **Defendant Loosvelt**.

      Rule 4 of the Federal Rules of Civil Procedure provides for dismissal of the case if defendant is not served with a copy of the complaint within 120 days after the complaint is filed.

      Therefore, **IT IS ORDERED** that plaintiff provide the court with the correct name, title and address of the above named defendant(s) so that service can again be processed.  Plaintiff is to provide this information to the court in writing no later than **July 15, 2005** or it will be recommended that the case as to Defendant Loosvelt be dismissed for lack of prosecution.

                        _s/Virginia M. Morgan_____
                        VIRGINIA M. MORGAN
                        UNITED STATES MAGISTRATE JUDGE

Dated:  June 23, 2005

COPIES SENT BY U.S. MAIL AND/OR ELECTRONIC MEANS THIS DATE TO:
Leroy Fleming and Marion R. Jenkins