UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEROY J. FLEMING,

    Plaintiff,                                         Case No. 04-74081

v.                                                 Dist. Judge. Nancy G. Edmunds
                                                   Mag. Judge Virginia M. Morgan

CITY OF DETROIT, et al.,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]**

    This matter came before the Court on the Magistrate Judge's Report and Recommendation of September 22, 2005. No objections have been filed. Being fully advised in the premises and having read the Report and Recommendation, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation, and DISMISSES all claims against Defendant "Officer Loosevelt."

    SO ORDERED.

                                                 s/Nancy G. Edmunds
                                                 Nancy G. Edmunds
                                                 United States District Judge

Dated: January 3, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 3, 2006, by electronic and/or ordinary mail.

                                                 s/Carol A. Hemeyer
                                                 Case Manager