UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LEROY J. FLEMING,

          Plaintiff,                    CIVIL ACTION NO. 04 CV 74081 DT

      v.                           DISTRICT JUDGE NANCY G. EDMUNDS

CITY OF DETROIT, et al.,         MAGISTRATE JUDGE VIRGINIA M. MORGAN

          Defendants.

_____/

## ORDER

      This matter comes before the court on plaintiff's motion to compel discovery (D/E # 22) and plaintiff's motion for oral hearing and for time to file supporting documents and brief (D/E # 31). The court has issued a separate Report and Recommendation in which it has recommended that defendants' motion for summary judgment be granted and that plaintiff's complaint be dismissed in its entirety. Accordingly, plaintiff's motion to compel and motion for oral hearing and an extension of time are **DENIED AS MOOT**.


                             s/Virginia M. Morgan
                             VIRGINIA M. MORGAN
Dated:  April 24, 2006          UNITED STATES MAGISTRATE JUDGE


Copies sent this date by electronic means to Marion R. Jenkins and by U. S. Mail to:

Leroy Fleming
330 Trowbridge
Detroit, MI 48202-1354